GIBSON, DUNN & CRUTCHER LLP
PERLETTE MICHÈLE JURA, SBN 242332
PJura@gibsondunn.com
JEREMY S. SMITH, SBN 283812
JSSmith@gibsondunn.com
333 South Grand Avenue
Los Angeles, California 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520

MULCAHY CARRILLO LLP
JAMES M. MULCAHY, SBN 213547
JMulcahy@mucahyllp.com
JAZLYN CABULA, SBN 335626
JCabula@mulcahyllp.com
4 Park Plaza, Suite 1950
Irvine, California 92614
Telephone: 949.252.9377
Facsimile: 949.252.0090

GIBSON, DUNN & CRUTCHER LLP
ANDREW M. KASABIAN, SBN 313210
AKasabian@gibsondunn.com
3161 Michelson Drive
Irvine, California 92612-4412
Telephone: 949.451.3800
Facsimile: 949.451.4220

*Attorneys for Defendant AKT Franchise, LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

DANCE FITNESS MICHIGAN, LLC, et al.,

Plaintiff,

v.

AKT Franchise, LLC, et al.,

Defendants.

CASE NO. 8:23-cv-1643

**DECLARATION OF JEREMY S. SMITH IN SUPPORT OF DEFENDANT AKT FRANCHISE, LLC'S NOTICE OF REMOVAL**

(Orange County Superior Court Case No. 30-2023-01345433-CU-AT-CXC)

Action Filed: August 30, 2023
Trial Date: None Set

I, Jeremy S. Smith, hereby declare and state:

1. I am an attorney duly licensed to practice law before all the courts of the State of California as well as the United States District Court for the Central District of California. I am a partner with the law firm of Gibson, Dunn & Crutcher LLP, and am one of the attorneys representing Defendant AKT Franchise, LLC in the above-entitled action. Unless otherwise stated, I have personal knowledge of the matters stated herein, and if asked to testify thereto, I would do so competently.

2. Attached here as **Exhibit A** is a true and correct copy of the Complaint in *DANCE FITNESS MICHIGAN, LLC, et al. v. AKT Franchise LLC, et al.*, Case No. 30-2023-01345433-CU-AT-CXC, filed on August 30, 2023.

3. Attached here as **Exhibit B** is a true and correct copy of the Civil Case Cover Sheet in *DANCE FITNESS MICHIGAN, LLC, et al. v. AKT Franchise LLC, et al.*, Case No. 30-2023-01345433-CU-AT-CXC, filed on August 30, 2023.

4. Attached here as **Exhibit C** is a true and correct copy of the Payment Receipt for Complaint Filing and Complex Case Fee in *DANCE FITNESS MICHIGAN, LLC, et al. v. AKT Franchise LLC, et al.*, Case No. 30-2023-01345433-CU-AT-CXC, filed on August 31, 2023.

5. Attached here as **Exhibit D** is a true and correct copy of the Register of Actions as of September 1, 2023 in Case No. 30-2023-01345433-CU-AT-CXC.

6. As of the signing of this declaration, the Register of Actions in Case No. 30-2023-01345433-CU-AT-CXC does not indicate that a Summons has been issued.

7. As of the signing of this declaration, and based on reasonable inquiries with my client, I am not aware of any Defendants having been served with the Complaint.

///

///

///

///

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct and that I executed this Declaration on September 1, 2023, in Los Angeles, California.

*/s/ Jeremy S. Smith*
Jeremy S. Smith