# Exhibit C

# SUPERIOR COURT OF CALIFORNIA

## COUNTY OF ORANGE

**Superior Court of California, County of Orange**

700 W. Civic Center Drive
Santa Ana, CA 92702

**E-Filing Transaction #:** 21359931

## PAYMENT RECEIPT

**Receipt #:** 13106601

**Clerk ID:** gramirez **Transaction No:** 13278452 **Transaction Date:** 08/31/2023 **Transaction Time:** 10:15:48 AM

| Case Number | Fee Type | Qty | Fee Amount$ | Balance Due | Amount Paid | Remaining Balance |
|---|---|---|---|---|---|---|
| 30-2023-01345433-CU-AT-CXC | 194 - Complaint or other 1st paper | 1 | $435.00 | $435.00 | $435.00 | $0.00 |
| 30-2023-01345433-CU-AT-CXC | 34 - Complex Case Fee - Plaintiff | 1 | $1,000.00 | $1,000.00 | $1,000.00 | $0.00 |

Sales Tax: $0.00

**Total:** **$1,435.00** **Total Rem. Bal:**

E-Filing : - OneLegal

E-Filing: $1,435.00

Total Amount Tendered: $1,435.00

Change Due: **$0.00**

Balance: **$0.00**

A $45 fee may be charged for each returned check, electronic funds transfer or credit card payment.

**COPY**