# **Exhibit D**

Case Summary:

| | |
|---|---|
| Case Id: | 30-2023-01345433-CU-AT-CXC |
| Case Title: | DANCE FITNESS MICHIGAN, LLC VS. AKT FRANCHISE, LLC |
| Case Type: | ANTITRUST/TRADE REGULATION |
| Filing Date: | 08/30/2023 |
| Category: | CIVIL - UNLIMITED |

Register Of Actions:

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 1 | E-FILING TRANSACTION 21359931 RECEIVED ON 08/30/2023 09:40:40 AM. | 08/31/2023 | | *NV* | |
| 2 | COMPLAINT FILED BY DANCE FITNESS MICHIGAN, LLC; PROPERTY MAINTENANCE, INC.; ALFREDO, DEANNA; 6PK MASON LLC; 6PK LIBERTY LLC; DAVIS, AMANDA; TEENY TURNER LLC; MOELLER, NISHA; S2 FITNESS ENTERPRISES, LLC; COX, SAMANTHA;OTHERS ON 08/30/2023 | 08/30/2023 | | 66 pages | ☐ |
| 3 | CIVIL CASE COVER SHEET FILED BY DANCE FITNESS MICHIGAN, LLC; PROPERTY MAINTENANCE, INC.; ALFREDO, DEANNA; 6PK MASON LLC; 6PK LIBERTY LLC; DAVIS, AMANDA; TEENY TURNER LLC; MOELLER, NISHA; S2 FITNESS ENTERPRISES, LLC; COX, SAMANTHA;OTHERS ON 08/30/2023 | 08/30/2023 | | 2 pages | ☐ |
| 4 | PAYMENT RECEIVED BY ONELEGAL FOR 194 - COMPLAINT OR OTHER 1ST PAPER, 34 - COMPLEX CASE FEE - PLAINTIFF IN THE AMOUNT OF 1,435.00, TRANSACTION NUMBER 13278452 AND RECEIPT NUMBER 13106601. | 08/31/2023 | | 1 pages | ☐ |
| 5 | CASE ASSIGNED TO JUDICIAL OFFICER SHERMAN, RANDALL ON 08/30/2023. | 08/30/2023 | | *NV* | |

Participants:

| Name | Type | Assoc | Start Date | End Date |
|---|---|---|---|---|
| ADEDGE SERVICES INC. | PLAINTIFF | | 08/31/2023 | |
| 6PK LIBERTY LLC | PLAINTIFF | | 08/31/2023 | |
| AKT FRANCHISE SPV, LLC | DEFENDANT | | 08/31/2023 | |
| MELISSA CHORDOCK | DEFENDANT | | 08/31/2023 | |
| TORI JOHNSTON | DEFENDANT | | 08/31/2023 | |
| AMY WEHRKAMP | DEFENDANT | | 08/31/2023 | |
| JODI DUMAS | PLAINTIFF | | 08/31/2023 | |
| AKT FRANCHISE, LLC | DEFENDANT | | 08/31/2023 | |
| MARK GRABOWSKI | DEFENDANT | | 08/31/2023 | |
| PROPERTY MAINTENANCE, INC. | PLAINTIFF | | 08/31/2023 | |
| 6PK MASON LLC | PLAINTIFF | | 08/31/2023 | |
| NISHA MOELLER | PLAINTIFF | | 08/31/2023 | |
| MICHAEL SOROS | PLAINTIFF | | 08/31/2023 | |
| XPONENTIAL HOLDINGS LLC | DEFENDANT | | 08/31/2023 | |
| XPOF ASSETCO, LLC | DEFENDANT | | 08/31/2023 | |
| H&W FRANCHISE INTERMEDIATE HOLDINGS LL | DEFENDANT | | 08/31/2023 | |
| ANTHONY GEISLER | DEFENDANT | | 08/31/2023 | |
| JUSTIN LACAVA | DEFENDANT | | 08/31/2023 | |
| JONATHAN TYLICKI | DEFENDANT | | 08/31/2023 | |

| Name | Type | Assoc | Start Date | End Date |
|---|---|---|---|---|
| BRITTNEY HOLOBINKO | DEFENDANT | | 08/31/2023 | |
| SOROS & ASSOCIATES, LLC | PLAINTIFF | | 08/31/2023 | |
| XPONENTIAL FITNESS, INC. | DEFENDANT | | 08/31/2023 | |
| ALEXANDER CORDOVA | DEFENDANT | | 08/31/2023 | |
| MEGAN MOEN | DEFENDANT | | 08/31/2023 | |
| SARAH NOLAN | DEFENDANT | | 08/31/2023 | |
| DEANNA ALFREDO | PLAINTIFF | | 08/31/2023 | |
| SAMANTHA COX | PLAINTIFF | | 08/31/2023 | |
| BRANDON WILES | DEFENDANT | | 08/31/2023 | |
| CAM FERGUSON | DEFENDANT | | 08/31/2023 | |
| SCOTT SVILICH | DEFENDANT | | 08/31/2023 | |
| DANCE FITNESS MICHIGAN, LLC | PLAINTIFF | | 08/31/2023 | |
| TEENY TURNER LLC | PLAINTIFF | | 08/31/2023 | |
| SUZANNE FISCHER | PLAINTIFF | | 08/31/2023 | |
| XPONENTIAL FITNESS LLC | DEFENDANT | | 08/31/2023 | |
| ELIZABETH 'LIZ' BATTERTON COOPER | DEFENDANT | | 08/31/2023 | |
| BOBBY TETSCH | DEFENDANT | | 08/31/2023 | |
| PATRICK BONNER | DEFENDANT | | 08/31/2023 | |
| AMANDA DAVIS | PLAINTIFF | | 08/31/2023 | |
| LANCE FREEMAN | DEFENDANT | | 08/31/2023 | |
| JOHN MELOUN | DEFENDANT | | 08/31/2023 | |
| SARAH LUNA | DEFENDANT | | 08/31/2023 | |
| EMILY BROWN | DEFENDANT | | 08/31/2023 | |
| S2 FITNESS ENTERPRISES, LLC | PLAINTIFF | | 08/31/2023 | |
| NICHOLE SOROS | PLAINTIFF | | 08/31/2023 | |
| PAUL DUMAS | PLAINTIFF | | 08/31/2023 | |
| RYAN JUNK | DEFENDANT | | 08/31/2023 | |
| JASON LOSCO | DEFENDANT | | 08/31/2023 | |
| WAYNE THOMPSON | DEFENDANT | | 08/31/2023 | |
| RYAN MCADAMS | DEFENDANT | | 08/31/2023 | |
| RACHEL MARKOVIC | DEFENDANT | | 08/31/2023 | |
| TRIO LAW PLC | ATTORNEY | | 08/31/2023 | |

Hearings:

| Description | Date | Time | Department | Judge |
|---|---|---|---|---|

Print this page